## United Film Ad Service, Inc., Appellee, v. Bankers Life and Casualty Company and Carroll Dean Murphy and Company, Defendants. Bankers Life and Casualty Company, Appellant.

### Gen. No. 43,093.

314

O'CONNOR, J., dissenting.

opinion filed December 11, 1944; rehearing denied December 26, 1944; released for publication December 27, 1944. Hubert Lee Steed, for appellant; Clausen, Hirsh & Miller, for appellee. Opinion by JUSTICE MATCHETT. Not to be published in full.